%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Charles Joyner

v.

Lall Kumar d/b/a The C-Lab

**SUMMONS IN A CIVIL ACTION**

08 CIV 6332

CASE NUMBER:

TO: (Name and address of Defendant)

Lall Kumar d/b/a The C-Lab, 850 Broadway, 2nd Floor, New York, New York, 10012

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Gottlieb, Esq., Gottlieb & Associates, 150 East 18th Street, Suite PHR, New York, New York, 10003

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: JUL 14 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

08 CIV 6332

Service of the Summons and complaint was made by me(1)  
DATE 7/18/2008  11:43 AM

NAME OF SERVER (PRINT) Curtis Wynn  
TITLE Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Lali Numar dba The Club, 650 Broadway 2nd Fl., NY NY 10012 upon Ejaz Khan m/Asn Skin/6th Hair/ 28/6'1"/165/ Hand Mustache.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/18/2008        C Wynn
              Date              Signature of Server

173 North Main #376
Sayville, NY 11782

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.